# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAKE CHARLES DIVISION

**BRIAN BROADFIELD, REG. 3 18618-026**   **CIVIL ACTION NO. 2:21-CV-0509**

**VERSUS**   **JUDGE TERRY A. DOUGHTY**

**SOKUT MA'AT**   **MAG. JUDGE KATHLEEN KAY**

## JUDGMENT

The Report and Recommendation of the Magistrate Judge [Doc. No. 30] having been considered, together with the written Objection [Doc. No. 31] thereto filed with this Court, and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct and that judgment as recommended therein is warranted,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff Brian Broadfield's Petition for Writ of Habeas Corpus Under 28 U.S.C. § 2241 [Doc. No. 1] is **DENIED** and **DISMISSED WITH PREJUDICE.**

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that all pending motions are **DENIED AS MOOT.**

**MONROE, LOUISIANA,** this 28th day of December 2021.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE